MAGISTRATE  GARY PURCELL

Writ HC: 2254

FILING FEE PAID  NO
I.F.P. Received   YES           I.F.P Amount $ 5.00

# Civ-07-1290 D

JONES  v. SIRMONS

## NEVER IN THIS COURT BEFORE