# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JULIUS DARIUS JONES, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. CIV 07-1290 D |
| | ) |
| MARTY SIRMONS, | ) |
| | ) |
| Respondent. | ) |

ENTER ORDER:

In accordance with 28 U.S.C. §636, this matter is hereby referred to **Magistrate Judge GARY PURCELL**, for preliminary review, for conducting any necessary hearings, including evidentiary hearings, for the entry of appropriate orders as to non-dispositive matters, and for the preparation and submission to the undersigned judge of proposed findings and recommendations as to dispositive matters referenced in 28 U.S.C. §636(b)(1)(B) and (C).

By direction of **Judge TIMOTHY D. DeGIUSTI**, we have entered the above enter order.

Robert D. Dennis, Clerk

By: s/Denise Bergner
Deputy Clerk

cc: parties of record