IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JULIUS DARIUS JONES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. CIV-07-1290-D |
| ) | |
| MARTY SIRMONS, Warden, ) | |
| ) | |
| ) | |
| Respondent. ) | |

O R D E R

This matter having been referred to the undersigned to conduct case management proceedings, and upon Petitioner's request for court-appointed counsel, the Court appoints Mark H. Barrett, P.O. Box 896, Norman, Oklahoma 73070, (405) 364-8367, to represent Petitioner in federal habeas corpus proceedings before this Court.

Counsel for Petitioner is directed to obtain a complete copy of the state court record within thirty days of the date of this Order.  A case management conference will be conducted before the undersigned on December 18, 2007, at 10:00 a.m. to set dates for the filing of pleadings.  At the conclusion of the case management conference, counsel for Petitioner will meet with the undersigned *ex parte* to discuss a litigation budget for the case.

IT IS SO ORDERED this   15th   day of   November, 2007.

GARY M. PURCELL
UNITED STATES MAGISTRATE JUDGE