```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                  WESTERN DISTRICT OF OKLAHOMA
```

JULIUS DARIUS JONES,            )
                                )
                Petitioner,     )
                                )
v.                              )    No. CIV-07-1290-D
                                )
MARTY SIRMONS, Warden,          )
                                )
                                )
                Respondent.     )

### **O R D E R**

The Court has previously set a case management conference in this case for December 18, 2007, at 10:00 a.m.  Counsel shall review the record and be prepared to discuss the following:

(1) the factual and legal issues involved in the litigation and the time requirements for the preparation and presentation of same;

(2) dates for the filing of the petition for a writ of habeas corpus, the response, Petitioner's reply, if any, interim status reports, and related matters;

(3) Petitioner's application to proceed *in forma pauperis*, if any;

(4) (for private counsel only) appointment of co-counsel, assistance from within private counsel's firm, attorneys' fees, permissible expenses, applications for funding investigators or experts, and an interim voucher submission schedule;

(5) whether any discovery will be requested by either party and setting a date by which all discovery

      motions must be filed; and

(6)    whether an evidentiary hearing will be sought, on which claims, and a date by which a motion for evidentiary hearing must be filed.

Counsel shall confer at least three days prior to the case management conference and seek agreement with respect to the agenda items set out above.

When private counsel has been appointed, a litigation budget conference will be held immediately following the case management conference. At this conference private counsel appointed from the panel will meet *ex parte* with the Court to establish a budget for the case. The Court will consider and make appropriate orders on an hourly rate for counsel, an interim voucher submission schedule, appointment of co-counsel, assistance from within private counsel's firm, appointment and payment of investigators or experts, and permissible expenses. Private counsel is required to prepare and deliver a preliminary litigation budget concerning these items to the chambers of the undersigned three (3) days prior to the date of the conference.

IT IS SO ORDERED this \_\_\_15th\_\_\_ day of \_\_November\_\_, 2007.

*[signature]*
GARY M. PURCELL
UNITED STATES MAGISTRATE JUDGE