UNITED STATES DISTRICT COURT

_____Western_____ District of_____Oklahoma_____

**JULIUS DARIUS JONES,**
    Petitioner,

vs.

**MARTY SIRMONS, Warden,**
    Respondent.

**ATTORNEY APPEARANCE**

**CASE NUMBER: CIV-07-1290-D**

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Respondent.

    I certify that I am admitted to practice in this court.

    I am registered in this Court's Electronic Filing System.

| | |
|---|---|
| December 18, 2007 | s/ PRESTON SAUL DRAPER |
| *Date* | *Signature* |
| | Preston Saul Draper, Assistant Attorney General,   19797 |
| | *Print Name*      *Bar Number* |
| | 313 NE 21st Street |
| | *Address* |
| | Oklahoma City    OK    73105 |
| | *City*  *State*  *Zip Code* |
| | (405) 521-3921    (405) 522-4534 |
| | *Phone Number*  *Fax Number* |
| | Service email: fhc.docket@oag.state.ok.us |

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 18th day of December, 2007, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Mark H. Barrett
barrettlawoffice@gmail.com

                                                    s/ Preston Saul Draper