```
        IN THE UNITED STATES DISTRICT COURT FOR THE
              WESTERN DISTRICT OF OKLAHOMA
```

JULIUS DARIUS JONES,              )
                                  )
            Petitioner,            )
                                  )
v.                                )    No. CIV-07-1290-D
                                  )
MARTY SIRMONS, Warden,            )
                                  )
                                  )
            Respondent.            )

## ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS

Petitioner has filed a motion for leave to proceed *in forma pauperis* and supporting affidavit. Having reviewed said motion, the Court finds that Petitioner has sufficient funds to prepay the filing fee of $5. Because he does not qualify for authorization to proceed without prepayment of the filing fee, Petitioner's motion is denied and he must prepay the full $5 filing fee for this action to proceed.

Therefore, Petitioner is advised that unless he pays the $5 filing fee in full to the Clerk of the Court on or before the 18th day of January, 2008, this action will be subject to dismissal without prejudice to refiling.

IT IS SO ORDERED this __18th__ day of __December__, 2007.

GARY M. PURCELL
UNITED STATES MAGISTRATE JUDGE