```
        IN THE UNITED STATES DISTRICT COURT FOR THE
                WESTERN DISTRICT OF OKLAHOMA

JULIUS DARIUS JONES,                  )
                                      )
                    Petitioner,       )
                                      )
v.                                    )   No. CIV-07-1290-D
                                      )
MARTY SIRMONS, Warden,                )
                                      )
                                      )
                    Respondent.       )
```

### ORDER

On December 18, 2007, the Court held a case management conference in this matter. Mark Barrett appeared on behalf of Petitioner. Preston Draper appeared on behalf of Respondent. During the conference, the Court made the following orders:

1. The petition for writ of habeas corpus shall be filed on or before September 15, 2008. The petition shall state with specificity the grounds for relief, the facts and authority alleged to entitle Petitioner to relief, and a statement as to whether each ground asserted has been properly exhausted or is subject to procedural bar.

2. Motions for leave to conduct discovery must be filed on or before September 15, 2008. A motion for evidentiary hearing must be filed on or before November 3, 2008. The Court will not consider motions filed after the applicable date without a showing of good cause for the failure to file within the allotted time. A party opposing a motion shall file a response to the motion in accordance with Local Court Rules.

3. Respondent shall file a response to the petition no later

than forty-five (45) days after the filing of the petition. The response should present whether Petitioner has exhausted his state remedies, an analysis of each of Petitioner's grounds for relief (including whether such grounds have been procedurally defaulted), and any cases and supporting documents relied upon by Respondent in opposition to the petition.

    4.   Petitioner may file a reply to the response no later than twenty (20) days after the filing of the response.

    5.   Petitioner's application to proceed *in forma pauperis* is denied and Petitioner is ordered to pay the $5.00 filing fee by January 18, 2008.

    6.   Respondent shall transmit the state court record, including all trial and post-conviction proceedings, to the Court on or before the date the response is due to be filed.

    7.   This Order disposes of all issues referred to the undersigned in the captioned matter.

    IT IS SO ORDERED this __18th__ day of __December__, 2007.

GARY M. PURCELL
UNITED STATES MAGISTRATE JUDGE