## COURTROOM MINUTE SHEET

DATE  December 18, 2007                              RECORDING:    10:39 , Ctrm #103

**CIV - 07-1290-D**    STYLE     **JULIUS DDARIUS JONES**    vs    **MARTY SIRMONS, WARDEN**
PROCEEDINGS   DEATH PENALTY CASE MANAGEMENT/BUDGET LITIGATION CONFERENCE
   **MAGISTRATE JUDGE GARY M. PURCELL**            COURTROOM DEPUTY DEBBIE McGREW

PETITIONER CNSL      MARK H. BARRETT
RESPONDENT CNSL      PRESTON DRAPER

WITNESSES FOR PLAINTIFF                                WITNESSES FOR DEFENDANT

1.                                                     1.

2.                                                     2.

ENTER AS ABOVE   Parties appear as noted above.  Death Penalty Case Management/Budget Litigation Conference held. Petition to be filed on or before  **9/15/08**;   response due  **(45)** days following the filing of Petition;   reply due **(20)** days following the filing of the response;   motions for discovery due **9/15/08**;   requests for evidentiary hearing due **11/03/08**. Petitioner's Motion to Proceed IFP DENIED  as to filing fee.  Petitioner to pay $5.00 filing fee by **1/18/07**.  Written order to be entered.  Respondent to transmit state court records at time of the filing of the response.   Ex Parte Budget Litigation Conference held.  Budget approved as submitted.