```
        UNITED STATES
        DISTRICT COURT
      Western District of Oklahoma
         Oklahoma City Division

          # 125733 - NM
         January 15, 2008

   Code      Case #     Qty    Amount

   HAB COR  1-07-CV-1290        5.00 C
   H
     Judge    - Timothy DeGiusti
     Litigate - JULIUS D JONES


   Total->                      5.00


   FROM: MADELINE JONES
```