UNITED STATES DISTRICT COURT

    Western     District of     Oklahoma    

**Julius Darius Jones,**
    Petitioner,

vs.

**Marty Sirmons,**
    Respondent.

**ATTORNEY APPEARANCE**

**CASE NUMBER: 07-CV-01290-D**

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Respondent.

    I certify that I am admitted to practice in this court.

    I am registered in this Court's Electronic Filing System.

| April 18, 2008 | s/ Jennifer L. Strickland |
|---|---|
| *Date* | *Signature* |

| JENNIFER L. STRICKLAND, Assistant Attorney General, 20546 | |
|---|---|
| Print Name | Bar Number |

313 NE 21st Street
*Address*

| Oklahoma City | OK | 73105 |
|---|---|---|
| *City* | *State* | *Zip Code* |

| (405) 521-3921 | (405) 522-4534 |
|---|---|
| *Phone Number* | *Fax Number* |

Service email: fhc.docket@oag.state.ok.us

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 18th day of April, 2008, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Mark H. Barrett

                s/ Jennifer L. Strickland