IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **Julius Darius Jones,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 07-CV-01290-D |
| | ) |
| **MARTY SIRMONS,** | ) |
| | ) |
| Respondent. | ) |

## COMBINED MOTION TO WITHDRAW
## AND
## SUBSTITUTION OF COUNSEL

Comes Now the Respondent, by and through Assistant Attorney General, Jennifer L. Strickland hereby moves this Court for its order allowing Assistant Attorney General, Preston Saul Draper to withdraw as attorney for Respondent and substituting Jennifer L. Strickland as attorney for Respondent.

An Entry of Appearance was filed prior to filing this Motion.

Respectfully submitted,

**W.A. DREW EDMONDSON**
**ATTORNEY GENERAL OF OKLAHOMA**

**s/ JENNIFER L. STRICKLAND, OBA #20546**
**ASSISTANT ATTORNEY GENERAL**
313 NE 21st Street
Oklahoma City, Ok 73105
(405) 521-3921
(405) 522-4534 (Fax)
Service email: fhc.docket@oag.state.ok.us
**ATTORNEYS FOR RESPONDENT**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 18TH day of April, 2008, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Mark H. Barrett

s/ JENNIFER L. STRICKLAND