IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **Julius Darius Jones,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| v. | ) Case No. 07-CV-01290-D |
| | ) |
| **MARTY SIRMONS,** | ) |
| | ) |
| **Respondent.** | ) |

**ORDER SUBSTITUTING
AND WITHDRAWING COUNSEL**

Now on this 23rd day of April, 2008, this matter comes before the Court upon Respondent's Motion (Document # 14) to Substitute Assistant Attorney General, Jennifer L. Strickland as counsel for Respondent and withdrawing Assistant Attorney General, Preston Saul Draper as attorney of record.

**IT IS THEREFORE ORDERED BY THE COURT**, that Jennifer L. Strickland, Assistant Attorney General is hereby substituted as attorney of record for the Respondent and Preston Saul Draper is removed as attorney for Respondent and from further notification in this case.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE