# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **JULIUS JONES,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| **vs.** | ) | **Case No. CIV-07-1290-D** |
| | ) | |
| **MARTY SIRMONS, Warden** | ) | |
| **Oklahoma State Penitentiary,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## ORDER GRANTING
## PETITIONER'S UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR WRIT OF HABEAS CORPUS AND TO EXTEND ADDITIONAL FILING DATES

This matter is before the Court upon consideration of Petitioner Julius Jones's unopposed first motion to extend the date for filing the Petition for Writ of Habeas Corpus and to extend other dates, Docket Number 17.

Upon consideration thereof, Plaintiff's Application is granted and the following new dates are set:

| EVENT | PRESENT DATE | NEW DATE |
|---|---|---|
| Petition for Writ of Habeas Corpus | 09/15/08 | 10/30/08 |
| Discovery Motions | 09/15/08 | 10/30/08 |
| Evidentiary Hearing Request | 11/03/08 | 12/18/08 |

| Response | 45 days after Petition filed | 45 days after Petition filed |
|---|---|---|
| Reply | 20 days after Response | 20 days after Response |

Dated this 10th day of September, 2008.

IT IS SO ORDERED.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE