IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JULIUS JONES, | ) |
| | ) |
| Petitioner, | ) |
| vs. | ) Case No. CIV-07-1290-D |
| | ) |
| MARTY SIRMONS, Warden | ) |
| Oklahoma State Penitentiary, | ) |
| | ) |
| Respondent. | ) |

## ORDER APPOINTING INVESTIGATOR

The Court, upon consideration of Petitioner's motion for appointment of investigator, finds that the motion should be granted.

The Court authorizes investigation by Sara Bonnell at a rate of Fifty Dollars ($50.00) per hour for up to eighty (80) hours of work.

Dated this 6th day of October, 2008.

IT IS SO ORDERED.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE