IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JULIUS JONES, | ) |
| | ) |
| Petitioner, | ) |
| vs. | ) Case No. CIV-07-1290-D |
| | ) |
| MARTY SIRMONS, Warden | ) |
| Oklahoma State Penitentiary, | ) |
| | ) |
| Respondent. | ) |

**ORDER GRANTING
PETITIONER'S SECOND UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE PETITION FOR WRIT OF HABEAS CORPUS
AND MOTION FOR DISCOVERY**

This matter is before the Court upon consideration of Petitioner's Second Unopposed Motion for Extension of Time to File Petition for Writ of Habeas Corpus and Motion for Discovery, Docket Number 20.

Upon consideration thereof, the motion is granted and the time for filing the petition and discovery motion is extended by four (4) days to November 3, 2008.

IT IS SO ORDERED.

Dated this 30th day of October, 2008.

_____
TIMOTHY D. DEGIUSTI
UNITED STATES DISTRICT JUDGE