IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JULIUS JONES, | ) |
| | ) |
| Petitioner, | ) |
| vs. | ) Case No. CIV-07-1290-D |
| | ) |
| MARTY SIRMONS, Warden | ) |
| Oklahoma State Penitentiary, | ) |
| | ) |
| Respondent. | ) |

**ORDER GRANTING
PETITIONER'S UNOPPOSED MOTION TO ACCEPT LATE FILING
OF PETITION FOR WRIT OF HABEAS CORPUS
AND MOTION FOR DISCOVERY**

This matter is before the Court upon consideration of Petitioner's Unopposed Motion to Accept Late Filing of Petition for Writ of Habeas Corpus and Motion for Discovery, Docket Number 23.

Upon consideration thereof, the motion is granted. The late filing of the petition for writ of habeas corpus is accepted and the time for filing the discovery motion is extended by three (3) days to November 6, 2008.

IT IS SO ORDERED.

Dated this 10th day of November, 2008.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE