### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JULIUS JONES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| -vs- ) | Case No. CIV-07-1290-D |
| ) | |
| RANDY WORKMAN, Warden, ) | |
| ) | |
| Respondent. ) | |

### ORDER GRANTING LEAVE TO FILE SUPPLEMENTAL AUTHORITY

Before the Court is the Respondent's Motion for Leave to File a Supplemental Authority Brief. [Doc. No. 31]. For good cause shown and without objection from the Petitioner, the Court finds that Respondent should be granted leave to file a Supplemental Authority Brief.

Accordingly, Respondent is granted leave to file a seven-page Supplemental Authority Brief, and said Brief, shall be filed within 5 days of the filing of this Order.

IT IS SO ORDERED this 27th day of January, 2011.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE