IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JULIUS JONES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. CIV-07-1290-D |
| ) | |
| ANITA TRAMMELL, Warden, ) | |
| Oklahoma State Penitentiary, ) | |
| ) | |
| Respondent. ) | |

## **J U D G M E N T**

Upon consideration of the *Petition for Writ of Habeas Corpus*, the response thereto, all other pleadings and state court records submitted in this matter, and for the reasons set forth in the Court's Memorandum Opinion filed this date, Petitioner's request for habeas relief is denied.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the *Petition for a Writ of Habeas Corpus* (Dkt. No. 22) is denied and judgment is hereby entered on behalf of Respondent and against Petitioner.

IT IS SO ORDERED this 22nd day of May, 2013.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE