UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

|  |  |  |
|---|---|---|
|  | ) ) ) ) ) ) |  |
| Plaintiff(s) |  |  |
| vs. | ) ) ) ) ) ) ) ) | CASE NO._____ |
| Defendant(s) |  |  |

**NOTICE OF APPEAL**

Notice is hereby given that _____

_____ Plaintiff(s)   _____ Defendant(s) in the above named case hereby appeal to the United States Court of Appeals for the Tenth Circuit from the final judgment entered in this action on _____.

_____
Signature

_____
Printed Name

_____
Mailing Address

_____
City, State, Zip

_____
Phone No.                              Fax No.

_____
Email Address