**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

www.okwd.uscourts.gov

**ROBERT D. DENNIS**
CLERK

**RHONDA REYNOLDS**
CHIEF DEPUTY

200 N.W. 4th Street, Room 1210
Oklahoma City, Oklahoma 73102
(405) 609-5000   Fax (405) 609-5099

June 28, 2013

Clerk of the Court
Tenth Circuit Court of Appeals
The Byron White, U.S. Courthouse
1823 Stout Street
Denver, Colorado 80257

RE: Jones vs. trammell; 13-6141; CIV-07-1290-D

Dear Ms. Shumaker:

Notice is hereby given that

☑ no transcripts are necessary; or
☐ transcripts are already on file; or
☐ transcripts have been electronically filed

for the above captioned case. The record is ready for appeal purposes.

Sincerely,

ROBERT D. DENNIS, COURT CLERK

by: s/Artesia Pennethy
Case Administrator

cc: Counsel of Record