**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**
www.okwd.uscourts.gov

**ROBERT D. DENNIS**
CLERK

**RHONDA REYNOLDS**
CHIEF DEPUTY

200 N.W. 4th Street, Room 1210
Oklahoma City, Oklahoma 73102
(405) 609-5000   Fax (405) 609-5099

July 26, 2013

Clerk of the Court
Tenth Circuit Court of Appeals
The Byron White, U.S. Courthouse
1823 Stout Street
Denver, Colorado 80257

 IN RE: Julius Jones v Anita Trammel; 13-6141; CIV-07-1290

Dear Ms. Shumaker:

Transmitted with this letter is the record on appeal of the above captioned case, consisting of:

| Volume | Description (including pleading numbers) | Sealed | Transmittal method |
|---|---|---|---|
| 2 | State Court Records:  3 Boxes | | FedEX |
| | | | |
| | | | |
| | | | |
| | | | |

A copy of the docket sheet is enclosed as an index to the record on appeal.

Should you have any questions, please contact our office at your convenience.

 Sincerely,

 ROBERT D. DENNIS, COURT CLERK


 By: s/ Artesia Pennethy
 Case Administrator

Enclosures

cc letter only: all counsel of record and pro se litigants