**FILED**
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**December 5, 2014**

**Elisabeth A. Shumaker**
**Clerk of Court**

---

JULIUS DARIUS JONES,

    Petitioner - Appellant,

v.

ANITA TRAMMELL, Warden, Oklahoma State Penitentiary,

    Respondent - Appellee.

No. 13-6141
(D.C. No. 5:07-CV-01290-D)

---

## JUDGMENT

---

Before **BRISCOE**, Chief Judge, **O'BRIEN** and **HOLMES**, Circuit Judges.

---

    This case originated in the Western District of Oklahoma and was argued by counsel.

    The judgment of that court is affirmed.

    Entered for the Court

    ELISABETH A. SHUMAKER, Clerk