FILED  
United States Court of Appeals  
Tenth Circuit  

November 10, 2015  

Elisabeth A. Shumaker  
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

---

JULIUS DARIUS JONES,

    Petitioner - Appellant,

v.

MAURICE WARRIOR, Interim Warden, Oklahoma State Penitentiary, [*]

    Respondent - Appellee.

No. 13-6141  
(D.C. No. 5:07-CV-01290-D)  
(W.D. Okla.)

---

## JUDGMENT

---

Before **MATHESON**, **BACHARACH**, and **MORITZ**, Circuit Judges.

---

This case originated in the Western District of Oklahoma and was argued by counsel.

The judgment of that court is affirmed.

        Entered for the Court

        *Elisabeth A. Shumaker*

        ELISABETH A. SHUMAKER, Clerk

---

[*] Pursuant to Fed. R. App. P. 43(c)(2) Anita Trammell is replaced by Maurice Warrior as Interim Warden of the Oklahoma State Penitentiary effective October 28, 2015.