IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Julias Darius Jones, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-07-1290-D |
| ) | |
| Kevin Duckworth, Interim Warden, ) | |
| Oklahoma State Penitentiary, ) | |
| ) | |
| Defendant. ) | |

ORDER REFERRING MATTER TO
UNITED STATES MAGISTRATE JUDGE

In accordance with 28 U.S.C. § 636(b)(3), the following matter now pending in this case is referred to Magistrate Judge **Gary M. Purcell** for appropriate action as directed:

CASE REFERRAL:

Ex Parte Motion to Approve Proposed Clemency Budget, to Appoint Additional Counsel, and to Appoint Investigator [Doc. No. 52], filed July 16, 2016

**IT IS SO ORDERED** this 28th day of July, 2016.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE