IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JULIUS DARIUS JONES,              )  <br>                                                       )  <br>         Petitioner,                       )  <br>                                                       )  <br> v.                                                 )  <br>                                                       )   Case 5:07-cv-1290-D  <br> Kevin Duckworth, Interim Warden, )  <br> Oklahoma State Penitentiary,       )  <br>                                                       )  <br>         Respondent.                    )  | |

**EX PARTE MOTION TO SEAL RECORDS**

It has come to the attention of Petitioner's counsel that certain documents which by law are to be sealed were inadvertently filed publicly.

Petitioner therefore moves that the following documents be sealed:

(1) The budget worksheets accompanying Petitioner's motion for a clemency budget;

(2) The three-line paragraph (reflecting monetary amounts) on p. 5 of the motion for clemency budget.

Respectfully submitted,

s/ Mark Barrett
MARK BARRETT, OBA # 557
P.O. Box 896
Norman, OK 73069
Phone: 405-364-8367
Email: barrettlawoffice@gmail.com