# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JULIUS DARIUS JONES,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIV-07-1290-D |
| | ) |
| **Kevin Duckworth, Interim Warden,** | ) |
| **Oklahoma State Penitentiary,** | ) |
| | ) |
| Respondent. | ) |

## ORDER

Upon consideration of Petitioner's Ex Parte Motion to Seal Records (Doc. #54), Petitioner's Ex Parte Motion (Doc. #52) is ordered SEALED until further order of Court.

IT IS ORDERED this ___1st___ day of _____August___, 2016.

GARY M. PURCELL
UNITED STATES MAGISTRATE JUDGE

1