# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JULIUS DARIUS JONES,** | ) |
| Petitioner, | ) |
| v. | ) CIV-07-1290-D |
| **Kevin Duckworth, Interim Warden, Oklahoma State Penitentiary,** | ) |
| Respondent. | ) |

## ORDER APPOINTING INVESTIGATOR

Petitioner's Motion to Appoint Investigator is GRANTED and Kim Marks is appointed as an investigator for clemency proceedings.

IT IS ORDERED this __1st__ day of __August__, 2016.

*[signature]*
GARY M. PURCELL
UNITED STATES MAGISTRATE JUDGE

1