# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JULIUS DARIUS JONES,** | ) |
| Petitioner, | ) |
| v. | ) CIV-07-1290-D |
| **Kevin Duckworth, Interim Warden, Oklahoma State Penitentiary,** | ) |
| Respondent. | ) |

## ORDER APPOINTING ADDITIONAL COUNSEL

IT IS ORDERED that Petitioner's Motion to Appoint additional counsel is GRANTED. Jon M. Sands, Federal Public Defender for the District of Arizona is appointed as co-counsel for the Petitioner in this federal habeas corpus proceeding. The Federal Public Defender is authorized to designate an Assistant Federal Public Defender to handle the case. Appointment is made pursuant to 18 U.S.C. § 3599(a)(2) and (e).

IT IS FURTHER ORDERED that the designated Assistant Federal Public Defender shall file a notice of appearance with the Court within ten (10) days.

Entered this ___1st___ day of _____ August, 2016.

GARY M. PURCELL
UNITED STATES MAGISTRATE JUDGE