# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JULIUS DARIUS JONES, | Case No. 5:07-CV-01290-D |
| Petitioner, | Judge Timothy D. DeGiusti |
| vs. | |
| KEVIN DUCKWORTH, Interim Warden, Oklahoma State Penitentiary, | **Motion for *Admission Pro Hac Vice*** |
| Respondent. | |

Petitioner Julius Darius Jones, through counsel, pursuant to Rules 1.2(c) and 83.2 of the Local Civil Rules for the Unites States District Court for the Western District of Oklahoma, respectfully requests that Assistant Federal Public Defenders, Dale A. Baich and Amanda C. Bass, be admitted pro hac vice to this Court for purposed of representing Mr. Jones in this matter. *See* Requests for Admission *Pro Hac Vice* (attached as Ex. A and Ex. B). Counsel also respectfully requests that this Court waive the fee associated with the pro hac vice *application* per Local Rule 83.2(g).

On August 1, 2016, this Court appointed the Office of the Federal Public Defender for the District of Arizona to represent Mr. Jones in his federal habeas corpus proceedings.[1] (Dis. Ct. Doc. No. 57.) Mr. Baich and Ms. Bass are attorneys with the Office of the Federal Public Defender for the District of Arizona. Mr. Baich is a member in good standing with the State of Ohio; United States Supreme Court; the Fifth, Sixth,

---

[1] Mark Barrett, who was previously appointed by the Court to represent Mr. Jones, remains on the case and will also serve as local counsel per Local Rule 83.3(a).

Seventh, Ninth, Eleventh, and District of Columbia Circuit Courts of Appeals; and the District of Arizona, Northern District of Illinois, and Northern and Southern Districts of Ohio. Ms. Bass is a member in good standing in the State of Alabama, and the Ninth Circuit Court of Appeals. Mr. Baich and Ms. Bass represent indigent defendants in federal habeas corpus proceedings, and Mr. Jones is an indigent death-sentenced prisoner. Undersigned counsel therefore respectfully requests that the Court waive the $50.00 application fee, otherwise required by Local Rule 83.2(g).

 Respectfully submitted this 9th day of August, 2016.

           Jon M. Sands
           Federal Public Defender
           Dale A. Baich (Ohio Bar No. 0025070)
           Assistant Federal Public Defender
           850 West Adams Street, Suite 201
           Phoenix, Arizona 85007
           dale_baich@fd.org
           602.382.2816 / 602.889.3960 facsimile

           <u>s/Dale A. Baich</u>
           Counsel for Petitioner Julius Darius Jones

Exhibit A

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Julius Darius Jones | ) |
| | ) |
| vs.                         Plaintiff(s) | )   Case No. 5:07-CV-01290-D |
| Kevin Duckworth, Interim Warden, Oklahoma State Penitentiary | ) |
| | ) |
|                              Defendant(s) | ) |

## REQUEST FOR ADMISSION PRO HAC VICE

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true and correct:

1. Full name: Dale A. Baich

2. State bar membership number: Ohio Bar No. 0025070

3. Business address, telephone and fax numbers:
   Office of the Federal Public Defender for the District of Arizona
   850 West Adams Street, Suite 201
   Phoenix, AZ 85007

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   State of Ohio, United States Supreme Court; Fifth, Sixth, Seventh, Ninth, Tenth, Eleventh, District of Columbia, District of Arizona, Northern District of Illinois, and Northern and Southern Districts of Ohio.

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?   ☐ Yes  ☑ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   ☐ Yes  ☑ No
   (Please attach a statement explaining any "YES" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?   ☑ Yes  ☐ No

A check for $50 should be made payable to the U.S. District Court Clerk.
   (United States Government Attorneys are exempted from paying this fee.)

DATED this  09  day of  August 2016  .

                                                   Dale A. Baich
005/rvsd 06-04                                Signature of Applicant

*Digitally signed by Dale A. Baich
DN: cn=Dale A. Baich, o=Federal Public Defender of Arizona, ou=Capital Habeas Unit, email=dale_baich@fd.org, c=US
Date: 2016.08.09 14:02:05 -07'00'*

Exhibit B

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

Julius Darius Jones )
)
)
)
)
vs. Plaintiff(s) ) Case No. 5:07-CV-01290-D
)
Kevin Duckworth, Interim Warden, Oklahoma State )
Penitentiary )
)
)
Defendant(s) )

## REQUEST FOR ADMISSION PRO HAC VICE

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true and correct:

1. Full name: Amanda C. Bass

2. State bar membership number: ASB-1008-H16R

3. Business address, telephone and fax numbers:
   Office of the Federal Public Defender for the District of Arizona
   850 West Adams Street, Suite 201
   Phoenix, AZ 85007

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   State of Alabama; Ninth Circuit Court of Appeals.

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?   ☐ Yes  ☑ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   ☐ Yes  ☑ No
   (Please attach a statement explaining any "YES" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?   ☑ Yes  ☐ No

   A check for $50 should be made payable to the U.S. District Court Clerk.
   (United States Government Attorneys are exempted from paying this fee.)

   DATED this  04  day of August 2016  .

                                                    s/Amanda C. Bass
                                                    _____
   005/rvsd 06-04                                   Signature of Applicant

*Certificate of Service*

I hereby certify that on August 9, 2016, I filed the attached document with the Clerk of the Court. Based on the records currently on file in this case, the Clerk of the Court will transmit a Notice of Electronic Filing to those registered participants of the Electronic Case Filing System.

s/ Kelcey Lerner
Assistant Paralegal
Capital Habeas Unit