IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Julius Darius Jones ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | Case No. 5:07-CV-01290-D |
| ) | |
| Kevin Duckworth, Interim Warden, ) | |
| Oklahoma State Penitentiary, ) | |
| ) | |
| Defendant(s) ) | |

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Plaintiff, Julius Darius Jones
(Plaintiff/Defendant)   (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Amanda C. Bass                    August 11, 2016
Signature                             Date

Amanda C. Bass
Print Name

Office of the Federal Public Defender for the District of Arizona
Firm

850 West Adams Street, Suite 201
Address

Phoenix                 Arizona              85007
City                    State                Zip Code

602.382.2734 ext.7310   602-889-3960
Telephone               Fax Number

amanda_bass@fd.org
Internet E-mail Address

REVISED 8/31/06

*Certificate of Service*

[✓] I hereby certify that on (date) August 11, 2016 _____, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants: (insert names)
Jennifer L. Crabb

[ ] I hereby certify that on (date) _____, I served the attached document by (service method) _____ on the following, who are not registered participants of the ECF System: (insert names and addresses)

s/ Amanda C. Bass
s/ Attorney Name