# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JULIUS DARIUS JONES, <br><br> Petitioner, <br><br> vs. <br><br> KEVIN DUCKWORTH, Interim Warden, Oklahoma State Penitentiary, <br><br> Respondent. | Case No.  5:07-CV-01290-D |

## ORDER

This matter is before the Court pursuant to the Motion for Admission Pro Hac Vice [Doc. No. 58]. This Court, pursuant to Local Civil Rule 1.2(c) and 83.2(g), hereby GRANTS the Motion for Admission Pro Hac Vice and ORDERS:

1. Dale A. Baich is admitted to practice before this Court for the limited purpose of participating in this case on behalf of Plaintiff Julius Darius Jones.

2. Amanda C. Bass is admitted to practice before this Court for the limited purpose of participating in this case on behalf of Plaintiff Julius Darius Jones.

3. The pro hac vice fee of $50.00 is waived for attorneys Dale A. Baich and Amanda C. Bass.

Entered this 22nd day of August, 2016.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE