RECEIVED
APR 1 0 2017
CARL ...NN
CLERK, U.S. DISTRICT COURT
BY _____
DEPUTY

UNITED STATES COURT OF APPEALS
TENTH CIRCUIT
Office of the Clerk
Byron White United States Courthouse
Denver, Colorado 80257
(303) 844-3157

Betsy Shumaker
Clerk of Court

Chris Wolpert
Chief Deputy Clerk

April 7, 2017

To: Clerk, U.S. District Court or Agency

District Western District of Oklahoma City

Subject: Records /Original File Returns
Tammy DuVall   303-335-2983

Shipped via: Federal Express

Attention: Records Clerk

The mandate(s) have issued in the appeal(s) listed below. Materials are being returned to you under cover of this letter. Please acknowledge receipt of the materials by receive stamping, dating, signing and returning this letter to our office.

| 10th Circuit Case Number | District Court Case Number | Short Caption | Volumes/File | Document Number |
|---|---|---|---|---|
| 13-6141 | CF-99-4373<br>PCD-2002-630 | Jones v. Royal | Volume 2<br>3 boxes of Original State Court Records | 10457676 |